# EXHIBIT C

David M. deRubertis, State Bar No. 208709
Garen R. Nadir, State Bar No. 285394
**The deRubertis Law Firm, APC**
4219 Coldwater Canyon Avenue
Studio City, California 91604
Telephone:    (818) 761-2322
Facsimile:    (818) 761-2322
E-Mail: David@deRubertisLaw.com
E-Mail: Garen@deRubertisLaw.com

Attorneys for Plaintiff,
Monique Hicks

FILED
Superior Court Of California
NOV 22 2019
Sherri R. Carter, Executive Officer/Clerk
By Cristina Grijalva, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

BY FAX

| | |
|---|---|
| MONIQUE HICKS, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: 19STCV40934<br>[*Assigned for all purposes to the Hon. Holly J. Fujie, Department 56*]<br><br>**PLAINTIFF'S PEREMPTORY CHALLENGE (PURSUANT TO C.C.P. §170.6); DECLARATION OF DAVID M. deRUBERTIS**<br><br>Complaint Filed:    November 14, 2019 |

**TO THE HONORABLE JUDGE OF THE SUPERIOR COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff MONIQUE HICKS ("Plaintiff") hereby moves, pursuant to California Code of Civil Procedure section 170.6, to disqualify the Honorable Holly J. Fujie, the judge to whom this matter has been assigned for all purposes, and that no matters hereinafter arising in this case be heard or assigned to Honorable Holly J. Fujie on the ground that said judge is prejudiced against Plaintiff and the interests of Plaintiff in this action.

This motion is timely, as it is being filed within 15 days of assignment to Judge Fujie. *Code Civ. Proc.* §170.6, subd. (a)(2) ( "If directed to the trial of a civil cause that has been assigned to a judge for all purposes, the motion shall be made to the assigned judge or to the presiding judge by a party within 15 days after notice of the all purpose assignment, or if the party has not yet appeared in the action, then within 15 days after the appearance."). Further, because Plaintiff has not previously made a peremptory challenge to a judge in this action, this request is properly granted. *Code Civ. Proc.* §170.6, subd. (a)(3).

This motion is based on the matters contained herein, section 170.6 of the California Code of Civil Procedure, and the supporting declaration of David M. deRubertis filed concurrently herewith.

Dated: November 22, 2019       **The deRubertis Law Firm, APC**

By: _/s/ David M. deRubertis_
David M. deRubertis
Attorneys for Plaintiff
Monique Hicks

---

**PLAINTIFF'S PEREMPTORY CHALLENGE (PURSUANT TO CCP §170.6)**
2

# Declaration of David M. deRubertis

# DECLARATION OF DAVID M. deRUBERTIS

I, David M. deRubertis, declare as follows:

1. I am a member of the State Bar of California and am admitted to practice before this court. I am an attorney with The deRubertis Law Firm, APC, counsel of record for Plaintiff MONIQUE HICKS ("Plaintiff") who is a party to this action. I have personal knowledge of the facts set forth in this declaration and, if called, as a witness, I could and would testify competently to such facts.

2. This Declaration is offered pursuant to Code of Civil Procedure section 170.6 and the meaning of the term "prejudice" as stated below is intended to mean "prejudice" as contemplated by subdivision (a)(2) of that Section.

3. The Honorable Holly J. Fujie, the judge to whom this matter has been assigned for all purposes, is prejudiced against the Plaintiff (or her attorney(s)) or the interest of the Plaintiff (or her attorney(s)), such that the affiant cannot or believes that Plaintiff (or her attorney(s)) cannot, have a fair and impartial trial or hearing before this judge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this November 22, 2019, at Studio City, California.

_____
David M. deRubertis

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 56

| | |
|---|---|
| **19STCV40934** | November 25, 2019 |
| MONIQUE HICKS vs NETFLIX, INC., A DELAWARE CORPORATION | 2:06 PM |

Judge: Honorable Holly J. Fujie  CSR: None
Judicial Assistant: O. Chavez  ERM: None
Courtroom Assistant: B. Chavez  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

**NATURE OF PROCEEDINGS:** Court Order re: Plaintiff's 170.6

The Court reviews the Peremptory Challenge filed by Monique Hicks (Plaintiff) on 11/22/2019 pursuant to Code of Civil Procedure section 170.6 and finds that it was timely filed, in proper format, and is accepted.

Good cause appearing and on order of the Court, the above matter is reassigned to Judge Randolph M. Hammock in Department 47 at the Stanley Mosk Courthouse for all further proceedings.

If any appearing party has not yet exercised a peremptory challenge under Code of Civil Procedure section 170.6, peremptory challenges by them to the newly assigned judge must be timely filed within the 15 day period specified in Code of Civil Procedure section 170.6, with extensions of time pursuant to Code of Civil Procedure section 1013 if service is by mail. Previously non-appearing parties, if any, have a 15-day statutory period from first appearance to file a peremptory challenge (Government Code section 68616(1)).

All future hearings in this department are advanced to this date and taken off calendar.

Certificate of Mailing is attached.

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street Los Angeles, CA 90012 | FILED<br>Superior Court of California<br>County of Los Angeles<br>11/25/2019<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: O. Chavez, Deputy |
| PLAINTIFF(S):<br>Monique Hicks | |
| DEFENDANT(S):<br>NETFLIX, INC., a Delaware corporation | |
| **NOTICE OF CASE REASSIGNMENT AND ORDER FOR PLAINTIFF TO GIVE NOTICE (Vacate Dates)** | CASE NUMBER:<br>19STCV40934 |

TO THE PLAINTIFF(S) AND PLAINTIFF'S ATTORNEY OF RECORD OR PLAINTIFF(S) IN PROPRIA PERSONA:

You are hereby notified that effective **11/25/2019**, an order was made that the above-entitled action, previously assigned to **Holly J. Fujie**, is now and shall be assigned to **Randolph M. Hammock** as an Individual Calendar (IC), direct calendaring judge for all purposes, including trial, in department **47** at **Stanley Mosk Courthouse** (See Chapter 3, Los Angeles Court Rules) All matters on calendar in this case are advanced to this date, vacated, to be rescheduled in the newly assigned department indicated above unless otherwise ordered by the court.

Notice is further given that plaintiff in propria persona or counsel for the plaintiff is ordered to give notice of this all-purpose case assignment by serving a copy of the notice on all parties to this action within 10 days of service of this notice by the court, and file proof of service thereof within 12 days of this notice. Failure to timely give notice and file proof of service may lead to imposition of sanctions pursuant to Code of Civil Procedure section 177.5 or otherwise.

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: **11/25/2019**     By **O. Chavez**
                                        Deputy Clerk

**NOTICE OF CASE REASSIGNMENT AND ORDER FOR PLAINTIFF TO GIVE NOTICE<br>(Vacate Dates)**

(Proposed LACIV 253)
LASC Approved [00/00]

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street Los Angeles, CA 90012 | FILED<br>Superior Court of California<br>County of Los Angeles<br>11/25/2019<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____O. Chavez_____ Deputy |
| PLAINTIFF/PETITIONER:<br>Monique Hicks | |
| DEFENDANT/RESPONDENT:<br>NETFLIX, INC., a Delaware corporation | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STCV40934 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Reassignment/Vacate Hearings upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

David M. deRubertis
The deRubertis Law Firm, APC
4219 Coldwater Canyon Avenue
Studio City, CA  91604

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 11/25/2019   By:  O. Chavez
                          Deputy Clerk

**CERTIFICATE OF MAILING**

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES**<br>COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012<br>PLAINTIFF:<br>Monique Hicks<br>DEFENDANT:<br>NETFLIX, INC., a Delaware corporation | Reserved for Clerk's File Stamp<br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>**12/03/2019**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: Graciela Hironaka, Deputy |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>19STCV40934 |

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

| Date: | Time: | Dept.: |
|---|---|---|
| 02/20/2020 | 8:30 AM | 47 |

NOTICE TO DEFENDANT:   THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated:   12/03/2019                                                                                          Randolph M. Hammock / Judge
                                                                                                                                          Judicial Officer

---

### CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☑  by depositing in the United States mail at the courthouse in   Los Angeles  , California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐  by personally giving the party notice upon filing of the complaint.

   David Michael DeRubertis
   4219 Coldwater Canyon Avenue
   Studio City, CA 91604

                                                                                                   Sherri R. Carter, Executive Officer / Clerk of Court

Dated:   12/03/2019                                                                            By   Graciela Hironaka
                                                                                                                          Deputy Clerk

LACIV 132 (Rev. 07/13)                     **NOTICE OF**                              Cal. Rules of Court, rules 3.720-3.730
LASC Approved 10-03              **CASE MANAGEMENT CONFERENCE**          LASC Local Rules, Chapter V@^^
For Optional Use

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | FILED<br>Superior Court of California<br>County of Los Angeles<br>12/03/2019<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: Graciela Hironaka, Deputy |
| PLAINTIFF/PETITIONER:<br>Monique Hicks | |
| DEFENDANT/RESPONDENT:<br>NETFLIX, INC., a Delaware corporation | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>19STCV40934 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

David Michael DeRubertis
The deRubertis Law Firm, APC
4219 Coldwater Canyon Avenue
Studio City, CA  91604

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 12/3/2019     By: Graciela Hironaka
                          Deputy Clerk

**CERTIFICATE OF MAILING**