QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Crystal Nix-Hines (Bar No. 2482073)
  crystalnixhines@quinnemanuel.com
  Becca Davis (Bar No. 322765)
  beccadavis@quinnemanuel.com
  Kevin Jones  (Bar No. 324068)
  kevinjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant Netflix, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE HICKS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants.. | CASE NO.: 2:19-cv-10452 AB (MAAr)<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**<br>**(Los Angeles Superior Court Case No. 19STCV40934)** |

---

1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT

1  I, Dave Quintana, certify and declare as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017,
4  which is located in the city, county, and state where the mailing described took place.

5  On December 11, 2019, I personally delivered a copy of the Notice to Adverse Parties of
6  Removal to Federal Court, which was filed in California Superior Court on that same day, a copy
7  of which is attached as Exhibit A to this Certificate.

8  I declare under penalty of perjury that the foregoing is true and correct.

9  Executed on December 13, 2019, at Los Angeles, California.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____
Dave Quintana

---

2
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017.

I hereby certify that, on December 13, 2019, I caused to be electronically filed the foregoing **Certificate of Service of Notice to Adverse Parties of Removal to Federal Court** with the clerk of the U.S. District Court for the Central District of California using the CM/ECF system, which served all counsel of record via CM/ECF, and/or that I also served the following counsel by mailing a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

Alan I. Schimmel
Michael W. Parks
Schimmel & Parks, APLC
15303 Ventura Blvd., Suite 650
Sherman Oaks, California 91403

Attorneys for Plaintiff

David M. deRubertis
The deRubertis Law Firm, APC
4219 Coldwater Canyon Avenue
Studio Cit, CA 91604

Attorneys for Plaintiff

(BY US MAIL – AS NOTED) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California, and placed for collection and mailing following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1
PROOF OF SERVICE

1 | Executed on December 13, 2019, at Los Angeles, California.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____
Rebecca Davis