JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE HICKS, an individual,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>NETFLIX, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:19-cv-10452-AB (MAAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Before the Court is Plaintiff Monique Hicks's and Defendant Netflix, Inc.'s Joint Stipulation for Voluntary Dismissal with Prejudice. (Dkt. No. 83). Good cause appearing, the Court hereby **DISMISSES** the entire action, including, without limitation, all claims alleged therein, **WITH PREJUDICE**, with each party to bear her or its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 15, 2022

HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE